ORIGINAL

FILED

JAN 1 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P.O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 | Facsimile: (408) 354-5513
5 | Trustee for Debtor
6
7
8 |           UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
9 |                SAN JOSE DIVISION
10
11 | In Re:                          ) Chapter 13
                                    )
12 | AMELIA PASILLAS                 ) Case No. 10-54464 CN
                                    )
13 |                                 ) **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
14 |               Debtor            )
                                    )
15 | _____)
16 | TO THE CLERK, UNITED STATES BANKRUPTCY COURT:
17 |     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
referenced case hereby turns over to the Court, Check # 2482179 for an unclaimed dividend
18 | in the amount of $70.00. The name and address of the claimant entitled to the unclaimed
19 | dividend is as follows;
20 |                 AMELIA PASILLAS
                    7278 LOVERS LN
21 |                 HOLLISTER, CA 95023
22
23 | Dated: January 06, 2011
24 |                                        DEVIN DERHAM-BURK, TRUSTEE
25
26
27
28